IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
MISC    3:00 MC

315 MC 103

IN RE:

APPLICATION FOR
EXEMPTION FROM THE        :
ELECTRONIC PUBLIC         :
    ACCESS FEES           :        ORDER
                          :

FILED
CHARLOTTE, NC
JUN 11 2015
US District Court
Western District of NC

This matter is before the Court upon the application and request by Carlos Parra, Ph.D. Candidate at the Department of Finance of the University of Texas at Austin for exemption from fees imposed by the Electronic Public Access fee schedule adopted by the Judicial Conference of the United States.

The Court finds that Mr. Parra falls within the class of users listed in the fee schedule as being eligible for a fee exemption. Mr. Parra demonstrated that an exemption is necessary in order to avoid unreasonable burdens and to promote public access to information for research purposes.

Therefore, Mr. Parra shall be exempt from the payment of fees for access via PACER to the electronic case files maintained in this court, to the extent such use is incurred in the course of his research. Mr. Parra shall not be exempt from the payment of fees incurred in connection with other uses of the PACER system in this court.

Additionally, the following limitations apply:
1. This fee exemption applies only to Mr. Para and is valid only for the purposes stated above;
2. This fee exemption applies only to the electronic case files of this court that are available through the PACER system;
3. By accepting this exemption, Mr. Para agrees not to sell for profit any data obtained as a result of receiving this exemption; and,
4. This exemption is valid until December 31, 2015.

This exemption may be revoked at the discretion of the Court at any time. A copy of this Order shall be sent to Mr. Para and to the PACER Service Center.

Dated this 11th day of June, 2015.

Frank D. Whitney, Chief
U.S. District Court Judge



**DEPARTMENT OF FINANCE**
THE UNIVERSITY OF TEXAS AT AUSTIN

*2110 Speedway, Stop B6600 • Austin, Texas 78712-0217 • 512-471-4368 • FAX 512-471-5073*

May 26, 2015

Honorable Chief Judge Frank D. Whitney
United States Bankruptcy Court
Western District of North Carolina
195 Charles R. Jonas Building 401 W. Trade Street
Charlotte, NC 28202
Attn: Mr. Frank G. Johns, Clerk of Court

Re: Request for PACER Fee Exemption

Dear Honorable Chief Judge Frank D. Whitney:

I am writing to request an exemption from payment of PACER per page fees. I am a Ph.D. candidate at the University of Texas at Austin McCombs School of Business, working on personal bankruptcy for my dissertation, and I qualify under the PACER rules as an individual researcher associated with an academic institution. I am requesting this exemption, applicable to PACER account number 4185865, through September 30, 2015.

The specific research question is to estimate the effects of bankruptcy protection on debtor-outcomes (e.g., labor market participation). This question is of interest since American households receive more resources through bankruptcy debt relief than through all state unemployment insurance programs combined. To date, there is very little existing research that documents the effects of debt relief through bankruptcy protection.

For this research project I will collect data related to the filers' characteristics such as Chapter filed, filed date, state of residence, household composition and financial characteristics from 2006 to 2011. The numbers of cases required are not to exceed 500 (100 cases per year). This information is public available in the PACER files. An exemption is necessary in order for me to be able to successful complete my dissertation. Without an exemption, the cost of accessing the bankruptcy files is prohibitive. I expect to complete this study in 2015.

I agree that any data received through this exemption will not be sold for profit, will not be transferred, will not be used for commercial purposes, and will not be redistributed via the Internet.

I am attaching for your convenience a copy of an Affidavit attesting to my eligibility for the exemption.

Thank you for your time and consideration,

Carlos Parra C.
Carlos Parra
Ph.D. Candidate
carlos.parra@utexas.edu

Aydogan Alti
Ph.D. Program Faculty Advisor
Aydogan.Alti@mccombs.utexas.edu

Academic Researcher Exemption Request

**Application for Exemption from the
Judicial Conference's Electronic Public Access
Fees in the Western District of North Carolina**

In support of this application, I provide the following:

1) I am an individual researcher associated with University of Texas at Austin McCombs School of Business.
2) The data received will be used in my research project:

The specific research question is to estimate the effects of bankruptcy protection on debtor outcomes (e.g., labor market participation). This question is of interest since American households receive more resources through bankruptcy debt relief than through all state unemployment insurance programs combined. To date, there is very little existing research that documents the effects of debt relief through bankruptcy protection.

(Attach additional sheets as necessary)

3) An exemption from the Judicial Conference's Electronic Public Access Fee is necessary in order to avoid unreasonable burdens and to promote public access to information.

4) I understand that this fee exemption will apply only to me, will be valid only for the purposes stated above, and will apply only to the electronic case files of this court that are available through the PACER service.

5) I agree that any data received through this exemption will not be sold for profit, will not be transferred, will not be used for commercial purposes, and will not be redistributed via the Internet.

Declaration: I declare that the above information is true and understand that a false statement may result in abolishment of my exempt access and an assessment of Electronic Public Access usage fees.

Date: 5/26/2015

*Carlos Parra C.*
Applicant's signature

PACER account number: 4185865

PACER username: carlitosrafael1

Carlos Parra
Printed name