IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF NORTH CAROLINAS
CHARLOTTE DIVISON

MISC. 3:15MC103

In re: APPLICATION FOR EXEMPTION
FROM THE ELECTRONIC PUBLIC
ACCESS FEE                    ORDER

This matter is before the Court upon the application and request by Student Yotam Shem-Tov at the University of Berkley for exemption from fees imposed by the Electronic Public Access fee schedule adopted by the Judicial Conference of the United States.

The Court finds that Student Shem-Tov falls within the class of users listed in the fee schedule as being eligible for a fee exemption. Student Shem-Tov Boyd demonstrated that an exemption is necessary in order to avoid unreasonable burdens and to promote public access to information for research purposes.

Therefore, Student Shem-Tov shall be exempt from the payment of fees for access via PACER to the electronic case files maintained in this court, to the extent such use is incurred in the course of her research. Student Shem-Tov shall not be exempt from the payment of fees incurred in connection with other uses of the PACER system in this court.

Additionally the following limitations apply:

1. This fee exemption applies on to Student Shem-Tov and is valid only for the purposes stated above;
2. This fee exemption applies only to the electronic case files of this court that are available through the PACER system;
3. By accepting this exemption, Student Shem-Tov agrees not to sell for profit any data obtained as a result of receiving this exemption; and,

4. This exemption is valid until May 1, 2019 the expected completion date of the project.

This exemption may be revoked at the discretion of the Court at any time. A copy of this Order shall be sent to Student Shem-Tov and to the PACER Service Center.

This __28th__ day of July 2016.

_Frank D. Whitney_
Frank D. Whitney
Chief United States District Judge