FILED
CHARLOTTE, NC
JUL - 6 2017
US District Court
Western District of NC

UNITED STATES DISTRICT COURT
Western District of North Carolina

IN RE: MATTHEW REID KRELL,
PACER FEE EXEMPTION

Cause No: 3:15mc103

~~PROPOSED~~ ORDER

This matter comes before the Court on the application of Matthew Reid Krell, a Ph.D. candidate in Political Science at the University of Alabama. Mr. Krell seeks a PACER fee waiver exemption pursuant to paragraph 9 of the Electronic Public Access Fee Schedule. After review of the submission, the Court finds that granting the exemption avoids unreasonable burdens in access and promotes public access to the information. As an individual researcher at an educational institution, Mr. Krell is a user authorized to receive fee waivers. The Court therefore GRANTS the requested fee waiver until February 1, 2018. The Clerk is directed to forward a copy of this order to the PACER Service Center so that they may administer the fee waiver for PACER account number 4746243.

IT IS SO ORDERED this 5th day of July, 2017.

Frank Whitney
United States District Judge