# IN THE UNITED STATES DISTRICT COURT

# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISON

# MISC. 3:15MC103

In re:     APPLICATION FOR EXEMPTION
FROM THE ELECTRONIC PUBLIC
ACCESS FEE            ORDER

This matter is before the Court upon the application and request by Yanbai Andrea Wang, Thomas C. Fellow and Lecturer in Law at the Stanford Law School for exemption from fees imposed by the Electronic Public Access fee schedule adopted by the Judicial Conference of the United States.

The Court finds that Yanbai Andrea Wang within the class of users listed in the fee schedule as being eligible for a fee exemption. Ms. Wang demonstrated that an exemption is necessary in order to avoid unreasonable burdens and to promote public access to information for research purposes.

Therefore, Yanbai Andrea Wang shall be exempt from the payment of fees for access via PACER to the electronic case files maintained in this court, to the extent such use is incurred in the course of her research. Yanbai Andrea Wang shall not be exempt from the payment of fees incurred in connection with other uses of the PACER system in this court.

Additionally the following limitations apply:

1. This fee exemption applies only to Yanbai Andrea Wang and is valid only for the purposes stated above;
2. This fee exemption applies only to the electronic case files of this court that are available through the PACER system;
3. By accepting this exemption, Yanbai Andrea Wang agrees not to sell for profit any data obtained as a result of receiving this exemption; and,

4. This exemption is valid until April 20, 2020, the expected completion date of the project.

This exemption may be revoked at the discretion of the Court at any time. A copy of this Order shall be sent to Yanbai Andrea Wang and to the PACER Service Center.

This __17th__ day of May 2018.

_____
Frank D. Whitney
Chief United States District Judge